**Joseph J. RITCH, Plaintiff–Appellant,**

v.

**Georgia PERDUE, R.N.; Razaak Eniola, Dr., Defendants–Appellees.**

**No. 00–7657.**

United States Court of Appeals, Fourth Circuit.

Submitted March 8, 2001.

Decided March 16, 2001.

Joseph J. Ritch, pro se. Philip Melton Andrews, Michael Joseph Lentz, Kramon & Graham, Baltimore, MD, for appellees.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Joseph J. Ritch appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Ritch v. Perdue,* No. CA–00–880–MJG (D.Md. Oct. 31, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*